THOMAS TONKS AND HARRY TONKS, DEFENDANTS IN ERROR, v. WILLIAM F. MULLIN, PLAINTIFF IN ERROR.

Argued November 29, 1907—Decided March 2, 1908.

On error to the Supreme Court.

For the plaintiff in error, *Riker & Riker*.

For the defendants in error, *Pitney, Hardin & Skinner*.

*46 Vroom.*                    Tonks v. Mullin.

PER CURIAM.

An examination of the record discloses no error prejudicial to the plaintiff in error.  The judgment under review should be affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL, J.J.    12.

*For reversal*—None.